25281. BARRON *v.* THE STATE.

GUERRY, J. The evidence for the State disclosed that a small amount of whisky was found in the defendant's place of business. The jury rejected his explanation of its presence there, and returned a verdict of guilty. There is no merit in the special grounds of the motion for new trial.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*
DECIDED DECEMBER 11, 1935.

*T. E. Hightower, L. L. Porter, W. A. Dampier,* for plaintiff in error.

*Lester F. Watson, solicitor,* contra.

25287. KEA *v.* THE STATE.

GUERRY, J. No error of law is complained of, and the evidence supports the verdict.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*
DECIDED DECEMBER 11, 1935.

*W. A. Dampier,* for plaintiff in error.

*Lesler F. Watson, solicitor,* contra.